**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HUGO LUA,                                    ) Case No. ED CV 18-1022-DOC (SP)
                          Petitioner,        )
                                             )
              v.                             )              **JUDGMENT**
                                             )
WARDEN,                                      )
                          Respondent.        )
_____          )

     Pursuant to the Memorandum and Order Summarily Dismissing Petition,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is

dismissed with prejudice.

Dated:   July 18, 2018

                                        _David O. Carter_

_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE